1 | Kajal N. Islam, SBN (238589)
Hallie R. Goins, SBN (258383)
2 | THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
3 | Irvine, CA 92614
Telephone:  (949) 720-9200
4 | Fax:  (949) 608-0131

5 | Attorneys for Plaintiff,
GMAC MORTGAGE, LLC
6

7 | **UNITED STATES DISTRICT COURT**

8 | **NORTHERN DISTRICT OF CALIFORNIA**

9

10 | GMAC MORTGAGE, LLC,

11 |                    Plaintiff,

12 |          vs.

13 | SUTHIPORN REILLY, and DOES 1
through 10, inclusive,

14

15 |                    Defendants.

16

|  | Federal Case No. 12-cv-02906
Superior Court Case No.  RS 12-0412 |
|  | The Honorable Joseph C. Spero,
United States Magistrate Judge |
|  | [~~PROPOSED~~] ORDER |
|  | Complaint Filed    : March 12, 2012
Trial Date          : None Set |

17 | Good cause appearing therefore, IT IS ORDERED that Hallie R. Goins may appear by

18 | telephone at the Case Management Conference scheduled for September 7, 2012 at 1:30

19 | p.m.   Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call. Counsel
shall provide a direct land line number to the clerk by Sept. 6, 2012.

20 | Date:_____Sept. 4_____,2012

21

22 | _____
Hon. Josep

23 | IT IS SO ORDERED
AS MODIFIED

24 | Judge Joseph C. Spero

25

26

27

28

- 2 -

721-9249