Kajal N. Islam, SBN (238589)
Hallie R. Goins, SBN (258383)
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA 92614
Telephone: (949) 720-9200
Fax: (949) 608-0131

Attorneys for Plaintiff,
GMAC MORTGAGE, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC MORTGAGE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SUTHIPORN REILLY, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Federal Case No. 12-cv-02906<br>Superior Court Case No. RS 12-0412<br><br>The Honorable Joseph C. Spero,<br>United States Magistrate Judge<br><br>[~~PROPOSED~~] ORDER<br><br>Complaint Filed : March 12, 2012<br>Trial Date       : None Set |

Good cause appearing therefore, IT IS ORDERED that Hallie R. Goins may appear by telephone at the Case Management Conference scheduled for September 7, 2012 at 1:30 p.m. Counsel shall be on phone standby beginning at 1:30 PM and await the Court's call. Counsel shall provide a direct land line number to the clerk by Sept. 6, 2012.

Date:___Sept. 4_____,2012

_____
Hon. Joseph C. Spero

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Joseph C. Spero — United States District Court, Northern District of California]*

721-9249