UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GMAC Mortgage, LLC,

        Plaintiff,

  v.

Reilly,

        Defendant.

Case No.: 3:12-cv-02906-JCS

**ORDER TO SHOW CAUSE**

    IT IS HEREBY ORDERED that Defendant appear on **September 21, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be remanded to State Court for lack of subject matter jurisdiction. The case management conference scheduled for **September 7, 2012**, **at 1:30 p.m.,** has been taken off calendar.

    IT IS SO ORDERED.

Dated: September 5, 2012

_____
Joseph C. Spero
United States Magistrate Judge