UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC Mortgage, LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>Suthiporn Reilly,<br><br>        Defendant. | Case No.: 3:12-cv-02906-JCS<br><br>**ORDER REMANDING CASE TO CONTRA COSTA COUNTY SUPERIOR COURT** |

On September 21, 2012, this matter came on for a Show Cause hearing why this action should not be remanded to State Court for lack of subject matter jurisdiction. Plaintiff was not present. Suthiporn Reilly, pro se Defendant, was present.

For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED that this case shall be remanded back to the Contra Costa County Superior Court. The Court has not been asked to award any attorneys' fees and costs in connection with this action, but Defendant is cautioned that if she removes this case again, and that removal is determined to be improper, the Defendant may be responsible for paying Plaintiff's attorney fees' and costs in connection with that removal.

IT IS SO ORDERED.

Dated:   September 25, 2012

                                                                       Joseph C. Spero<br>                                                                       United States Magistrate Judge